IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALEXANDER BRINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-CV-402-WKW |
| | ) | (WO) |
| SUE ROBERT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**<u>ORDER</u>**

On March 28, 2006, the Magistrate Judge filed a Recommendation (Doc. # 28) that the petition for habeas corpus relief is due to be dismissed. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 28) of the Magistrate Judge is ADOPTED.

2. The Petition for Writ of Habeas Corpus ( Doc. # 1) is DENIED.

3. This case is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 18th day of April, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE